# Court of Appeals
# of the State of Georgia

ATLANTA,___February 18, 2016___

*The Court of Appeals hereby passes the following order:*

**A16A0773.  HUTCHINSON v. THE STATE.**

This appeal was docketed in this Court on January 5, 2016. The Appellant's brief, including enumerations of error, was due to be filed no later than January 25, 2016. Court of Appeals Rule 23 (a).  Appellant failed to file a timely brief. On February 1, 2016, this Court ordered Appellant to file within 10 days from issuance of the order. The time for filing has expired, and Appellant has not filed a brief. Accordingly, the appeal is DISMISSED. Court of Appeals Rule 7, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____02/18/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*